UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LAUREN IBBOTSON        )
                       )   04-12371MLW
         Plaintiffs    )
                       )
VS                     )
                       )       RECEIPT # 579115
CINDY J. HUSTEAD FELDMAN,     )       AMOUNT $150
PETER FESCOE, AND MICHAEL FESCOE,  )   SUMMONS ISSUED YES
         MAGISTRATE JUDGE Bowler    LOCAL RULE 4.1
         Defendants    )       WAIVER FORM
                       )       MCF ISSUED
                               BY DPTY CLK
## COMPLAINT                   DATE 11/4/04

NOW COME the plaintiff, Lauren Ibbotson, and allege and state the following cause of action:

## JURISDICTION

1. The plaintiff, Lauren Ibbotson, is a resident of the State of Rhode Island, residing at 21 Kay Street, Newport, Rhode Island.

2. The defendant, Cindy J. Hustead Feldman, is a resident of that State Maryland, residing at 9121 Harrington Drive, Potomac, Maryland.

3. The defendant, Peter Fescoe, is a resident of the State of Massachusetts, residing at 9 Windward Way, Scituate, Massachusetts.

4. The defendant, Michael Fescoe, is a resident of the State of Massachusetts, residing at 9 Windward Way, Scituate, Massachusetts.

5. That the jurisdiction of this court is based on diversity of the parties. The amount in controversy is in excess of Seventy-Five Thousand Dollars $75,000.00.

## FACTS

6. That on or about May 28, 2004, the plaintiff, Lauren Ibbotson was a passenger in an automobile owned by Cindy Hustead Feldman and operated by the defendant Peter Fescoe, which was traveling on Route 24 Taunton, Massachusetts. Peter Fescoe negligently lost control of the vehicle striking a guard rail causing Ms. Ibbotson's serious personal injuries.

## COUNT I

7. The Plaintiffs hereby allege and reallege the allegations contained in Plaintiff's Complaint as if fully stated herein

8. That the defendant, Peter Fescoe, failed to use propr care in the operation of the motor vehicle, and as a result of the negligence, recklessness and/or carelessness, the plaintiff, Lauren Ibbotson, sustained permanents injuries as a direct and proximate cause thereof.

9. At all times material hereto, the plaintiff was in the exercise of due care.

10. The aforesaid collision was directly caused by the negligence and recklessness of the defendants, Cindy J. Hustead Feldman, Peter Fescoe, and Michael Fescoe.

11. That as a direct result and proximate cause of the defendant, Peter Fescoe's, carelessness, negligence and recklessness in the operation of said motor vehicle, the plaintiff, Lauren Ibbotson, was caused to suffer serious injuries to both her body and mind. As a further direct and proximate result of the negligence of the defendant, Peter Fescoe, the plaintiff was caused to suffer physically injured, suffers permanent injury, did experience and continues to experience great pain and suffering and incurred and continues to incur financial expense and lost wages.

*WHEREFORE*, the plaintiff, Lauren Ibbotson, demands the following:

1. Judgment against the defendants, Cindy J. Hustead Feldman, Peter Fescoe, and Michael Fescoe;

2. Such other relief as this Honorable Court deems meet and proper; and

3. Trial by jury.

By her attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esq. B.B.O. 108560
311 Pine Street
Fall River, MA 02720
(508) 675-9500