UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN IBBOTSON )<br>    Plaintiff )<br> )<br>v. )<br> )<br>CINDY J. HUSTEAD FELDMAN, )<br>PETER FESCOE, AND MICHAEL )<br>FESCOE )<br>    Defendants ) | C. A. No.: 04 CV 12371MLW |

## ANSWER AND JURY CLAIM OF
## CINDY HUSTEAD FELDMAN AND PETER FESCOE

1. The Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 1.

2. Defendants admit the allegations of paragraph 2.

3. Defendants admit the allegations of paragraph 3.

4. Defendants admit the allegations of paragraph 4.

5. The Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 5.

6. The Defendants deny the allegations of paragraph 6.

### COUNT I

7. The Defendants repeat their responses to paragraphs 1 through 6 as if set forth in full herein.

8. The Defendants deny the allegations of paragraph 8.

9. The Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 9.

10. The Defendants deny the allegations of paragraph 10.

11.  The Defendants deny the allegations of paragraph 11.

## JURY CLAIM

The defendants claim trial by jury.

Defendants
By their attorneys,

Ronald E. Harding, BBO# 221340
Elizabeth A. Shaw, BBO#655183
Weston, Patrick Willard & Redding
84 State Street
Boston, MA 02109
(617) 742-9310

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 12-6-04