## AFFIDAVIT OF FOREIGN SERVICE

STATE OF MASSACHUSETTS
UNITED STATE DISTRICT COURT OF MASSACHUSETTS

                              Case No.    412371MLW

LAUREN IBBOTSON                    Plaintiff,

      VS.

CINDY J. HUSTEAD FELDMAN        Defendant

STATE OF MARYLAND,     }
COUNTY OF MONTGOMERY  }   §:

      CHRISTOPHER KIFER, Deputy Sheriff, being duly sworn, deposes and says:

      That I am over 21 years of age, not a party to this action, and reside in the State of Maryland.

      That on the 22ND day of DECEMBER, 2004, at 0915 HOURS at 9121 HARRINGTON DRIVE, POTOMAC, MARYLAND, I served the SUMMONS, COMPLAINT, CIVIL COVER SHEET annexed hereto upon CINDY J. HUSTEAD FELDMAN, the Defendant, therein by delivering to and leaving personally with the said Defendant a true copy of each thereof.

      Deponent further states that at the time of service I knew the person so served as aforesaid to be the same person mentioned and described in the said SUMMONS, COMPLAINT, CIVIL COVER SHEET as the Defendant in this action.

                                             _____
                                             CHRISTOPHER KIFER
                                             Deputy Sheriff, Montgomery County, Maryland

Sworn to before me this _____ day of _____, 20___.

DEBORAH K. DUVALL
Notary Public
Frederick Co., MD
My Comm. Exps. 4-1-2005

Notary Public, State of Maryland

My commission expires:

CK:SLR

12230924/1-12/23/2004