# United States District Court

DISTRICT OF MASSACHUSETTS

LAUREN IBBOTSON

V.

CINDY J. HUSTEAD FELDMAN,
PETER FESCOE, AND MICHAEL FESCOE

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

4 - 12371 MLW

TO: (Name and Address of Defendant)
Michael Fescoe
9 Windward Way
Scituate, MA

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Brian R. Cunha, Esquire
BRIAN CUNHA & ASSOCIATES
311 Pine Street
Fall River, MA 02720

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

NOV 09 2004
DATE

BY DEPUTY CLERK



**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
*Plymouth, ss.*

December 23, 2004

I hereby certify and return that on 12/16/2004 at 8:06PM I served a true and attested copy of the summons, complaint and civil cover sheet in this action in the following manner: To wit, by delivering in hand to Michael Fesco at , 9 Windward Way, Scituate, MA 02066. Basic Service Fee ($20.00), Postage and Handling ($3.00), Attest (2 copies) ($10.00) Total Charges $33.00

Deputy Sheriff Robert C. Greek

*Deputy Sheriff*