# United States District Court

_____ DISTRICT OF _____ Massachusetts _____

LAUREN IBBOTSON

## SUMMONS IN A CIVIL ACTION

**V.**

CINDY J. HUSTEAD FELDMAN,
PETER FESCOE, AND MICHAEL FESCOE

CASE NUMBER:

## 1 12371 MIW

TO: (Name and Address of Defendant)

Peter Fescoe
9 Windward Way
Scituate, MA

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

**Brian R. Cunha, Esquire
BRIAN CUNHA & ASSOCIATES
311 Pine Street
Fall River, MA 02720**

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



TONY ANASTAS
_____
CLERK

_____
BY DEPUTY CLERK

NOV 0 9 2004
_____
DATE

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
*Plymouth, ss.*

I hereby certify and return that on 12/16/2004 at 8:06PM I served a true and attested copy of the summons, complaint and civil cover sheet in this action in the following manner: To wit, by delivering in hand to Peter Fesco at , 9 Windward Way, Scituate, MA 02066. Basic Service Fee ($20.00), Conveyance ($4.50), Travel ($14.40), Postage and Handling ($3.00), Attest (2 copies) ($10.00) Total Charges $51.90

December 23, 2004

Deputy Sheriff Robert C. Greek

*Robert C. Greek*
**Deputy Sheriff**