UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV12371-MLW

**LAUREN IBBOTSON**
    **Plaintiff,**

v.

**CINDY J. HUSTEAD FELDMAN,**
**PETER FESCOE AND MICHAEL FESCOE**
    **Defendants.**

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE
### TO MICHAEL FESCO ONLY

The parties hereby stipulate, pursuant to the provisions of Federal Rules of Civil Procedure, that all claims, in the above-entitled action, against Michael Fescoe be dismissed without prejudice and without costs.

| | |
|---|---|
| PLAINTIFF,<br>LAUREN IBBOTSON, | DEFENDANT,<br>MICHAEL FESCOE, |
| By her attorney, | By his attorney, |
| Brian R. Cunha<br>Brian Cunha & Associates<br>311 Pine Street<br>Fall River, MA 02720<br>508-675-9500 | Kathleen C. Tulloh Brink<br>Mintz, Levin, Cohn, Ferris,<br> Glovsky & Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>617-542-6000 |

Dated: _____1-7_____, 2005

## CERTIFICATE OF SERVICE

    I, Kathleen Tulloh Brink, counsel for the above-named Defendant, hereby certify that a copy of the following, **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**, was served, this day, via first class mail, postage prepaid, on:

| | |
|---|---|
| Brian R. Cunha, Esq. | Ronald E. Harding, Esq. |
| Brian Cunha & Associates | Weston, Patrick |
| 311 Pine Street | 84 State Street |
| Fall River, MA 02720 | Boston, MA 02109 |

Dated:    1-7   , 2005

Kathleen Tulloh Brink

LIT 1494595v1