## UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

LAUREN IBBOTSON                          )      C. A. No. 04-CV~~12371~~ *m BB*
                                         )
           Plaintiffs           )
                                         )
VS                                       )
                                         )
CINDY J. HUSTEAD FELDMAN,                )
PETER FESCOE, AND MICHAEL FESCOE         )
                                         )
           Defendants           )
                                         )

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1 (d)

Pursuant to Local Rule 16.1 in connection wit the status conference presently scheduled for April 13, 2005, the Plaintiff Lauren Ibbotson and the Defendants Cindy J. Hustead Feldman and Peter Fescoe propose the following;

1.  **Position of the Plaintiff**

That on May 28, 2004, the Defendant Peter Fescoe was operating a motor vehicle, owned by Cindy Hustead Feldman, on Route 24 in Taunton, Massachusetts with the Plaintiff as his passenger. The Defendant Peter Fescoe negligently lost control of the motor vehicle striking a guard rail causing the Plaintiff serious and permanent personal injuries, including a fractured back resulting in the placement of a rod in her back.

**Position of the Defendants**

The Defendant Peter Fescoe admits that on May 28, 2004 he was driving on Route 24 in Taunton, MA with the Plaintiff as his passenger when the vehicle he was driving was involved in an accident. Defendant Cindy J. Hustead Feldman admits that on May 28, 2004 she was the owner of a vehicle which she had given Peter Fescoe permission to use. The Defendants dispute

liability, the nature and extent of the Plaintiff's injuries, the reasonable necessity of her medical expenses, and any loss of earning capacity alleged by the Plaintiff.

2.    **Discovery Plan Proposed by the Parties**

The parties propose that they should be permitted six (6) months to conduct discovery, that the Plaintiff should designate experts and make a Rule 26(a)(2) disclosure of expert testimony at the close of discovery, that Defendants should designate experts and make a Rule 26(a)(2) expert designation within one (1) month after discovery ends, and that the Plaintiff should file rebuttal Rule 26(a)(2) within two (2) months after discovery ends. The Defendant contend the discovery should begin on April 13, 2005. The Plaintiff has forwarded documents to the Defendant pursuant to the automatic disclosure.

3.    **Rule 16.1(3)**

**Plaintiff**

Rule 16.1(3) Statement of Plaintiff Lauren Ibbotson is attached as Exhibit A.

**Defendant**

Rule 16.1(3) Statement of Defendants Cindy J. Hustead Feldman and Peter Fescoe is attached as Exhibit B.


| Plaintiff, | Defendants, |
|---|---|
| By her Attorneys, | By their Attorneys, |

Brian R. Cunha, BBO#108560
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
(508) 675-9500

Elizabeth A. Shaw, BBO#655183
Weston, Patrick, Willard, & Redding
84 State Street
Boston, MA 02109
(617)742-9310

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAUREN IBBOTSON | ) | C. A. No. 04-CV12371 |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| VS | ) | |
| | ) | |
| CINDY J. HUSTEAD FELDMAN, | ) | |
| PETER FESCOE, AND MICHAEL FESCOE | ) | |
| Defendants | ) | |
| | ) | |

## CERTIFICATION PURSUANT TO FED.R.CIV.P. 16.1(a)(b)

I, Brian R. Cunha, Esquire, do hereby certify that I have conferred with opposing counsel with regard to:

(a) a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) considered the resolution of the litigation through the use of alternative dispute resolution programs.

Plaintiff,
By her Attorney,

Brian R. Cunha, Esquire
**BRIAN CUNHA & ASSOCIATES**
311 Pine Street
Fall River, MA 02720
(508) 675-9500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.: 04CV 2371

| | | |
|---|---|---|
| LAUREN IBBOTSON | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **RULE 16.1(3) STATEMENT OF** |
| | ) | **DEFENDANTS CINDY J. HUSTEAD** |
| CINDY J. HUSTEAD FELDMAN, | ) | **FELDMAN AND PETER FESCOE** |
| PETER FESCOE, and | ) | |
| MICHAEL FESCOE | ) | |
| Defendants | ) | |

NOW COME counsel for the defendants Cindy J. Hustead Feldman and Peter Fescoe in

the above captioned matter and their insurer and certify that they have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course—and

various alternative courses—of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute

resolution programs.

GEICO
By: Janice Wohltmann, Claims Examiner

Elizabeth A. Shaw, BBO# 655183
Weston, Patrick, Willard & Redding
84 State Street
Boston, MA 02109-2299
617-742-9310

<u>CERTIFICATION</u>

I, Brian R. Cunha, Esquire, hereby certify that I have served a copy of the foregoing, Joint Statement Pursuant to Local Rule 16.1(d) upon the following;

Elizabeth A. Shaw, Esquire
**WESTON, PATRICK, WILLARD & REDDING**
84 State Street
Boston, MA 02109-2299

by mailing same, first class mail, postage prepaid, this ____th day of April, 2005.

_____
Brian R. Cunha, Esquire