UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LAUREN IBBOTSON )    C. A. No. 04-CV12371
)
Plaintiffs )
)
VS )
)
CINDY J. HUSTEAD FELDMAN, )
PETER FESCOE, AND MICHAEL FESCOE )
Defendants )
)
_____ )

## PLAINTIFFS' AUTOMATIC DOCUMENT DISCLOSURE UNDER LOCAL RULE 26 (a)1

Pursuant to Local Rule 26(a)1, Plaintiffs make the following automatic document disclosure:

**Rule 26(a)(1)(A):**

Plaintiff states that the following persons other than the defendants may have information relevant to the disputed facts alleged with particularity in the pleadings:

    1.    Lauren Ibbotson;

**Rule 26(a)(1)(B)**

The following documents are relevant to the disputed facts alleged with particularity in the pleadings:

    1.    Medical records and bills from  AMR Ambulance;

    2.    Medical records and bills from Morton Hospital;

    3.    Medical records and bills from Rhode Island Hospital;

    4.    Medical records and bills from Newport Hospital;

    5.    Medical records and bills from Paul Del Guerico, M.D.;

6.     Medical records and bills from Neurosurgery Foundation Inc.,;

7.     Medical records and bills from Healthwood Nursing & Subacute Center;

8.     Medical records and bills from University Emergency Medicine Foundation;

9.     Medical records and bills from Olympic Physical Therapy;

10.    Medical records and bills from Vanderbilt Rehabilitation Center; and

11.    Medical records and bills from Frederick Harrington, M.D.


**Rule 26(a)(1)(C)**

Plaintiff reserves the right to supplement this Rule.

**Rule 26(a)(1)(D)**

Not applicable.


Plaintiff
By her Attorney


Brian R. Cunha, BBO#: 108560
BRIAN CUNHA & ASSOCIATES
311 Pine Street
Fall River, MA 02720
(508) 675-9500

Dated: April 7, 2005

## CERTIFICATION

I, Brian R. Cunha, Esquire, hereby certify that I have served a copy of the foregoing, Automatic Document Disclosure upon the following;

Elizabeth A. Shaw, Esquire
**WESTON, PATRICK, WILLARD & REDDING**
84 State Street
Boston, MA 02109-2299

by mailing same, first class mail, postage prepaid, this 11th day of April, 2005.


_____
Brian R. Cunha, Esquire

# UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAUREN IBBOTSON | ) | **C. A. No. 04-CV12371** |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| VS | ) | |
| | ) | |
| CINDY J. HUSTEAD FELDMAN, | ) | |
| PETER FESCOE, AND MICHAEL FESCOE | ) | |
| Defendants | ) | |

## PLAINTIFFS' AUTOMATIC DOCUMENT DISCLOSURE UNDER LOCAL RULE 26 (a)1

Pursuant to Local Rule 26(a)1, Plaintiffs make the following automatic document disclosure:

**Rule 26(a)(1)(A):**

Plaintiff states that the following persons other than the defendants may have information relevant to the disputed facts alleged with particularity in the pleadings:

1.    Lauren Ibbotson;

**Rule 26(a)(1)(B)**

The following documents are relevant to the disputed facts alleged with particularity in the pleadings:

1.    Medical records and bills from  AMR Ambulance;

2.    Medical records and bills from Morton Hospital;

3.    Medical records and bills from Rhode Island Hospital;

4.    Medical records and bills from Newport Hospital;

5.    Medical records and bills from Paul Del Guerico, M.D.;

6.   Medical records and bills from Neurosurgery Foundation Inc.,;

7.   Medical records and bills from Healthwood Nursing & Subacute Center;

8.   Medical records and bills from University Emergency Medicine Foundation;

9.   Medical records and bills from Olympic Physical Therapy;

10.  Medical records and bills from Vanderbilt Rehabilitation Center; and

11.  Medical records and bills from Frederick Harrington, M.D.


**Rule 26(a)(1)(C)**

Plaintiff reserves the right to supplement this Rule.

**Rule 26(a)(1)(D)**

Not applicable.


Plaintiff
By her Attorney


Brian R. Cunha, BBO#: 108560
BRIAN CUNHA & ASSOCIATES
311 Pine Street
Fall River, MA 02720
(508) 675-9500

Dated: April 7, 2005

## CERTIFICATION

I, Brian R. Cunha, Esquire, hereby certify that I have served a copy of the foregoing, Automatic Document Disclosure upon the following;

Elizabeth A. Shaw, Esquire
**WESTON, PATRICK, WILLARD & REDDING**
84 State Street
Boston, MA 02109-2299

by mailing same, first class mail, postage prepaid, this _____th  day of April, 2005.


_____
Brian R. Cunha, Esquire