UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN IBBOTSON | * |
| Plaintiffs | * |
| VS | * C.A. No: 04CV 12371MLW |
| CINDY J. HUSTEAD FELDMAN, AND PETER FESCOE, | * |
| Defendants | * |

### PLAINTIFF'S MOTION TO AMEND COMPLAINT

NOW COMES the Plaintiff in the above-entitled matter and respectfully requests that this Honorable Court allow her to amend her Complaint to include the Arbella Mutual Insurance Company.

By her Attorneys,
BRIAN CUNHA & ASSOCIATES

_____
Brian R. Cunha, Esquire
311 Pine Street
Fall River, MA 02720
Telephone: (508) 675-9500
BBO# 108560