UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN IBBOTSON | * |
| Plaintiffs | * |
| VS | * C.A. No: 04CV 12371MLW |
| CINDY J. HUSTEAD FELDMAN, AND PETER FESCOE, | * |
| Defendants | * |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF MOTION TO AMEND

Plaintiff has filed the attached Motion to Amend Complaint on the basis of Arbella's unfair and deceptive refusal to settle this claim within the policy limits.

By way of background, the Plaintiff was a passenger in a vehicle operated by the Defendant Peter Fescoe, whose negligence resulted in his losing control of the vehicle resulting in a crash. Despite the fact that the Defendant's liability is clearly established the insurer is still denying liability.

Moreover, the Plaintiff suffered multiple fractures of her back resulting in the need for numerous surgeries and the permanent installation of a rod and hardware in her back, and has incurred medical bills in excess of $150,000.00. Despite clear liability and damages the Defendant Arbella Insurance Company has utterly failed to make fair and reasonable offer to settle this case in violation of M.G.L.A. Chapter 93A and 176 D.

As such, Plaintiff is moving to add Count for M.G.L.A. Chapter 93A and 176D for the Defendant's unfair and deceptive practices in failing to resolve this matter in a timely fashion

despite clear liability and damages within their policy limits.

Plaintiff refers this Court to her Amended Complaint attached hereto.

By her Attorneys,
BRIAN CUNHA & ASSOCIATES

_____
Brian R. Cunha, Esquire
311 Pine Street
Fall River, MA 02720
Telephone: (508) 675-9500
BBO# 108560

## CERTIFICATE OF SERVICE

I, Brian R. Cunha, Esquire, attorney for the Plaintiff, hereby certify that I have served a copy of the foregoing, Plaintiff's Motion to Amend Complaint, Memorandum in Support of Plaintiff's Motion to Amend Complaint and Plaintiff's Amended Complaint, upon

Elizabeth A. Shaw, Esquire
**WESTON, PATRICK, WILLARD & REDDING**
84 State Street
Boston, MA 02109-2299

by mailing same, first class mail, postage prepaid, this ___15___ day of July, 2005.

_____
Brian R. Cunha, Esquire