UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN IBBOTSON )<br>)<br>Plaintiffs )<br>)<br>VS )<br>)<br>CINDY J. HUSTEAD FELDMAN, )<br>PETER FESCOE, AND )<br>ARBELLA MUTUAL INSURANCE )<br>Defendants )<br>) | C.A. No: 04CV12371MLW |

## AMENDED COMPLAINT

NOW COME the plaintiff, Lauren Ibbotson, and allege and state the following cause of action:

## JURISDICTION

1. The plaintiff, Lauren Ibbotson, is a resident of the State of Rhode Island, residing at 21 Kay Street, Newport, Rhode Island.

2. The defendant, Cindy J. Hustead Feldman, is a resident of that State Maryland, residing at 9121 Harrington Drive, Potomac, Maryland.

3. The defendant, Peter Fescoe, is a resident of the State of Massachusetts, residing at 9 Windward Way, Scituate, Massachusetts.

4. The defendant, Arbella Mutual Insurance is a Massachusetts corporation, located at 11 Riverside Drive, Lakeville, Massachusetts.

5. That the jurisdiction of this court is based on diversity of the parties. The amount in controversy is in excess of Seventy-Five Thousand Dollars $75,000.00.

## FACTS

6. That on or about May 28, 2004, the plaintiff, Lauren Ibbotson was a passenger in an automobile owned by Cindy Hustead Feldman and operated by the defendant Peter Fescoe, which was traveling on Route 24 Taunton, Massachusetts. Peter Fescoe negligently lost control of the vehicle striking a guard rail causing Ms. Ibbotson's serious personal injuries.

## COUNT I

7. The Plaintiffs hereby allege and reallege the allegations contained in Plaintiff's Complaint as if fully stated herein.

8. That the defendant, Peter Fescoe, failed to use propr care in the operation of the motor vehicle, and as a result of the negligence, recklessness and/or carelessness, the plaintiff, Lauren Ibbotson, sustained permanents injuries as a direct and proximate cause thereof.

9. At all times material hereto, the plaintiff was in the exercise of due care.

10. The aforesaid collision was directly caused by the negligence and recklessness of the defendants, Cindy J. Hustead Feldman, Peter Fescoe, Michael Fescoe and insured by the defendant Arbella Mutual Insurance Company.

11. That as a direct result and proximate cause of the defendant, Peter Fescoe's, carelessness, negligence and recklessness in the operation of said motor vehicle, the plaintiff, Lauren Ibbotson, was caused to suffer serious injuries to both her body and mind. As a further direct and proximate result of the negligence of the defendant, Peter Fescoe, the plaintiff was caused to suffer physically injured, suffers permanent injury, did experience and continues to experience great pain and suffering and incurred and continues to incur financial expense and lost wages.

*WHEREFORE*, the plaintiff, Lauren Ibbotson, demands the following:

1. Judgment against the defendants, Cindy J. Hustead Feldman, Peter Fescoe, and Arbella Mutual Insurance;

2. Such other relief as this Honorable Court deems meet and proper; and

3. Trial by jury.

## COUNT II

12. The Plaintiffs hereby allege and reallege the allegations contained in Plaintiff's Complaint as if fully stated herein.

13. That the Defendant Arbella Mutual Insurance Company herein has violated M.G.L.A. Chapter 93A and Chapter 176D in that the Defendant has failed to effectuate a fair settlement despite clear liability and damages.

14. *WHEREFORE*, the plaintiff, Lauren Ibbotson, demands the following:

    1. Judgment against the defendants, Cindy J. Hustead Feldman, Peter Fescoe, and Arbella Mutual Insurance;

    2. Such other relief as this Honorable Court deems meet and proper; and

    3. Trial by jury.

By her attorneys,
BRIAN CUNHA & ASSOCIATES

_____
Brian R. Cunha, Esq. B.B.O. 108560
311 Pine Street
Fall River, MA 02720
(508) 675-9500

# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN IBBOTSON | * |
| | * |
| Plaintiffs | * |
| | * |
| VS | * C.A. No: 04CV 12371MLW |
| | * |
| CINDY J. HUSTEAD FELDMAN, AND | * |
| PETER FESCOE, | * |
| Defendants | * |
| | * |

### PLAINTIFF'S MOTION TO AMEND COMPLAINT

NOW COMES the Plaintiff in the above-entitled matter and respectfully requests that this Honorable Court allow her to amend her Complaint to include the Arbella Mutual Insurance Company.

By her Attorneys,
BRIAN CUNHA & ASSOCIATES

_____
Brian R. Cunha, Esquire
311 Pine Street
Fall River, MA 02720
Telephone: (508) 675-9500
BBO# 108560

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN IBBOTSON | * |
| Plaintiffs | * |
| VS | * C.A. No: 04CV 12371MLW |
| CINDY J. HUSTEAD FELDMAN, AND PETER FESCOE, | * |
| Defendants | * |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF MOTION TO AMEND

Plaintiff has filed the attached Motion to Amend Complaint on the basis of Arbella's unfair and deceptive refusal to settle this claim within the policy limits.

By way of background, the Plaintiff was a passenger in a vehicle operated by the Defendant Peter Fescoe, whose negligence resulted in his losing control of the vehicle resulting in a crash. Despite the fact that the Defendant's liability is clearly established the insurer is still denying liability.

Moreover, the Plaintiff suffered multiple fractures of her back resulting in the need for numerous surgeries and the permanent installation of a rod and hardware in her back, and has incurred medical bills in excess of $150,000.00. Despite clear liability and damages the Defendant Arbella Insurance Company has utterly failed to make fair and reasonable offer to settle this case in violation of M.G.L.A. Chapter 93A and 176 D.

As such, Plaintiff is moving to add Count for M.G.L.A. Chapter 93A and 176D for the Defendant's unfair and deceptive practices in failing to resolve this matter in a timely fashion

despite clear liability and damages within their policy limits.

    Plaintiff refers this Court to her Amended Complaint attached hereto.

By her Attorneys,
BRIAN CUNHA & ASSOCIATES

_____
Brian R. Cunha, Esquire
311 Pine Street
Fall River, MA 02720
Telephone: (508) 675-9500
BBO# 108560

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN IBBOTSON<br><br>        Plaintiffs<br><br>VS<br><br>CINDY J. HUSTEAD FELDMAN,<br>PETER FESCOE, AND<br>ARBELLA MUTUAL INSURANCE<br>        Defendants | )<br>)<br>)<br>)<br>)<br>) C.A. No: 04CV12371MLW<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDED COMPLAINT

NOW COME the plaintiff, Lauren Ibbotson, and allege and state the following cause of action:

## JURISDICTION

1. The plaintiff, Lauren Ibbotson, is a resident of the State of Rhode Island, residing at 21 Kay Street, Newport, Rhode Island.

2. The defendant, Cindy J. Hustead Feldman, is a resident of that State Maryland, residing at 9121 Harrington Drive, Potomac, Maryland.

3. The defendant, Peter Fescoe, is a resident of the State of Massachusetts, residing at 9 Windward Way, Scituate, Massachusetts.

4. The defendant, Arbella Mutual Insurance is a Massachusetts corporation, located at 11 Riverside Drive, Lakeville, Massachusetts.

5. That the jurisdiction of this court is based on diversity of the parties. The amount in controversy is in excess of Seventy-Five Thousand Dollars $75,000.00.

## FACTS

6. That on or about May 28, 2004, the plaintiff, Lauren Ibbotson was a passenger in an automobile owned by Cindy Hustead Feldman and operated by the defendant Peter Fescoe, which was traveling on Route 24 Taunton, Massachusetts. Peter Fescoe negligently lost control of the vehicle striking a guard rail causing Ms. Ibbotson's serious personal injuries.

## COUNT I

7. The Plaintiffs hereby allege and reallege the allegations contained in Plaintiff's Complaint as if fully stated herein.

8. That the defendant, Peter Fescoe, failed to use propr care in the operation of the motor vehicle, and as a result of the negligence, recklessness and/or carelessness, the plaintiff, Lauren Ibbotson, sustained permanents injuries as a direct and proximate cause thereof.

9. At all times material hereto, the plaintiff was in the exercise of due care.

10. The aforesaid collision was directly caused by the negligence and recklessness of the defendants, Cindy J. Hustead Feldman, Peter Fescoe, Michael Fescoe and insured by the defendant Arbella Mutual Insurance Company.

11. That as a direct result and proximate cause of the defendant, Peter Fescoe's, carelessness, negligence and recklessness in the operation of said motor vehicle, the plaintiff, Lauren Ibbotson, was caused to suffer serious injuries to both her body and mind. As a further direct and proximate result of the negligence of the defendant, Peter Fescoe, the plaintiff was caused to suffer  physically injured, suffers permanent injury, did experience and continues to experience great pain and suffering and incurred and continues to incur financial expense and lost wages.

   *WHEREFORE*, the plaintiff, Lauren Ibbotson, demands the following:

   1. Judgment against the defendants, Cindy J. Hustead Feldman, Peter Fescoe, and Arbella Mutual Insurance;

   2. Such other relief as this Honorable Court deems meet and proper; and

   3. Trial by jury.

## COUNT II

12. The Plaintiffs hereby allege and reallege the allegations contained in Plaintiff's Complaint as if fully stated herein.

13. That the Defendant Arbella Mutual Insurance Company herein has violated M.G.L.A. Chapter 93A and Chapter 1760 in that the Defendant has failed to effectuate a fair settlement despite clear liability and damages.

14. *WHEREFORE*, the plaintiff, Lauren Ibbotson, demands the following:

    1. Judgment against the defendants, Cindy J. Hustead Feldman, Peter Fescoe, and Arbella Mutual Insurance;

    2. Such other relief as this Honorable Court deems meet and proper; and

    3. Trial by jury.

By her attorneys,
BRIAN CUNHA & ASSOCIATES

_____
Brian R. Cunha, Esq. B.B.O. 108560
311 Pine Street
Fall River, MA 02720
(508) 675-9500

## CERTIFICATE OF SERVICE

I, Brian R. Cunha, Esquire, attorney for the Plaintiff, hereby certify that I have served a copy of the foregoing, Plaintiff's Motion to Amend Complaint, Memorandum in Support of Plaintiff's Motion to Amend Complaint and Plaintiff's Amended Complaint, upon

Elizabeth A. Shaw, Esquire
**WESTON, PATRICK, WILLARD & REDDING**
84 State Street
Boston, MA 02109-2299

by mailing same, first class mail, postage prepaid, this ___15___ day of July, 2005.

_____
Brian R. Cunha, Esquire