UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LAUREN IBBOTSON,
      Plaintiff

v.                                                     C.A. NO. 04CV12371MLW

CINDY J. HUSTEAD FELDMAN,
PETER FESCOE, and
ARBELLA MUTUAL INSURANCE,
      Defendants

---

### ANSWER OF DEFENDANT, ARBELLA MUTUAL INSURANCE, TO PLAINTIFF'S AMENDED COMPLAINT

---

## JURISDICTION

1.    The Defendant admits the allegations of Paragraph 1 of the Plaintiff's Amended Complaint.

2.    The Defendant admits the allegations of Paragraph 2 of the Plaintiff's Amended Complaint.

3.    The Defendant admits the allegations of Paragraph 3 of the Plaintiff's Amended Complaint.

4.    The Defendant admits the allegations of Paragraph 4 of the Plaintiff's Amended Complaint.

5.    The Defendant admits the allegations of Paragraph 5 of the Plaintiff's Amended Complaint.

## FACTS

6.    The Defendant denies the allegations of Paragraph 6 of the Plaintiff's Amended Complaint.

## COUNT 1

7.    The Defendant repeats and realleges its answers to Paragraphs 1 through 6 above and incorporates them herein by reference.

8. The Defendant denies the allegations of Paragraph 8 of the Plaintiff's Amended Complaint.

9. The Defendant denies the allegations of Paragraph 9 of the Plaintiff's Amended Complaint.

10. The Defendant denies the allegations of Paragraph 10 of the Plaintiff's Amended Complaint.

11. The Defendant denies the allegations of Paragraph 11 of the Plaintiff's Amended Complaint.

## COUNT II

12. The Defendant repeats and realleges its answers to Paragraphs 1 through 12 above and incorporates them herein by reference.

13. The Defendant denies the allegations of Paragraph 13 of the Plaintiff's Amended Complaint.

WHEREFORE, the Defendant prays that the Plaintiff's Amended Complaint be dismissed.

### FIRST AFFIRMATIVE DEFENSE

The Defendant says that the Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Defendant says there was no demand letter which recited facts regarding unfair and deceptive practices as required by law.

### THIRD AFFIRMATIVE DEFENSE

The Defendant says there was no violation of Chapter 93A or for 176D of the Massachusetts General Laws.

### FOURTH AFFIRMATIVE DEFENSE

The Defendant says that it did not act in bad faith or knowingly or willingly perform any acts which violated the Plaintiff's rights.

## FIFTH AFFIRMATIVE DEFENSE

The Defendant says that liability in the underlying case is contested by the Defendant, Peter Fescoe, and that liability in the underlying case has never been reasonably clear.

## SIXTH AFFIRMATIVE DEFENSE

The Defendant says that the case is in the process of being evaluated, that in order to complete the evaluation an Independent Medical Examination is necessary.

## SEVENTH AFFIRMATIVE DEFENSE

The Defendant says that the Plaintiff as attempting to secure a settlement without giving the insurer enough time to obtain a complete investigation. The Plaintiff has not completed their own discover in the case and the demand to settle for the policy limits of Arbella was premature since there is additional coverage over and above Arbella's.

Respectfully submitted,
ARBELLA MUTUAL INSURANCE CO.
By their Attorney,

MARTIN S. COSGROVE
COSGROVE, EISENBERG & KILEY, P.C.
803 HANCOCK ST.
P.O. BOX 189
QUINCY, MA  02170
(617) 479-7770
BBO NO.: 100920

DATED: 9/16/85

F:\Home\Dcarter\Arbella\Arbella (Fescoe) - 11892\complaintanswer.doc

## CERTIFICATE OF SERVICE

I hereby certify that I have this day forwarded a copy of the within Answer of Defendant, Arbella Mutual Insurance, to Plaintiff's Amended Complaint, by mailing a copy of same, first class mail, to:

Brian Cunha, Esq.
311 Pine Street
Fall River, MA 02720

Ronald Harding, Esq.
Weston, Patrick, Willard & Redding
84 State Street
Boston, MA 02109-2299

DATED: 9/16/85

MARTIN S. COSGROVE

F:\Home\Dcarter\Arbella\Arbella (Fescoe) - 11892\complaintanswer.doc