UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LAUREN IBBOTSON,
    Plaintiff

v.                                                C.A. NO. 04CV12371MLW

CINDY J. HUSTEAD FELDMAN,
PETER FESCOE, and
ARBELLA MUTUAL INSURANCE,
    Defendants

---

### NOTICE OF APPEARANCE

---

Please enter my appearance as counsel for the Defendant, Arbella Mutual Insurance Company, in the above-entitled matter.

                                          Respectfully submitted,
                                          By his Attorney,


                                            /s/ Martin S. Cosgrove
                                          MARTIN S. COSGROVE
                                          COSGROVE, EISENBERG & KILEY, P.C.
                                          803 HANCOCK ST.
                                          P.O. BOX 189
                                          QUINCY, MA  02170
                                          (617) 479-7770
                                          BBO NO.:  100920

DATED:  September 22, 2005

F:\Home\Dcarter\Arbella\Arbella (Fescoe) - 11892\appearance.doc