UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-CV12371

| | |
|---|---|
| LAUREN IBBOSTON,<br>　　Plaintiff<br><br>V.<br><br>CINDY J. HUSTEAD-FELDMAN and<br>PETER FESCOE,<br>　　Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWL OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the WITHDRAWL of my appearance herein as attorney for the Defendants Cindy Hustead-Feldman and Peter Fescoe in the above action.

Successor counsel has appeared for the Plaintiff and this Notice has been served upon the Defendant as well as all counsel.

Respectfully Submitted:

Elizabeth A. Shaw, Esq.
BBO#655183
Weston, Patrick, Willard & Redding, P.A.
84 State Street
Boston, MA 02109
(617)742-9310

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAUREN IBBOSTON,<br>　　Plaintiff<br><br>V.<br><br>CINDY J. HUSTEAD-FELDMAN and<br>PETER FESCOE,<br>　　Defendants | C.A. NO.: 04-CV12371 |

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for Defendants Cindy Hustead-Feldman and Peter Fescoe in the above-entitled action.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Ronald E. Harding, Esq.
　　　　　　　　　　　　　　　　　　　BBO#221340
　　　　　　　　　　　　　　　　　　　Weston, Patrick, Willard & Redding
　　　　　　　　　　　　　　　　　　　84 State Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　(617)742-9310

DATED: 9-22-05

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____