UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN IBBOTSON )<br>)<br>Plaintiffs )<br>)<br>VS )<br>)<br>CINDY J. HUSTEAD FELDMAN, )<br>PETER FESCOE, AND )<br>ARBELLA MUTUAL INSURANCE )<br>Defendants )<br>_____) | C.A. No: 04CV12371~~MLW~~<br>*MBB* |

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

**NOW COMES** the plaintiff in the above-entitled matter and moves this Honorable Court to issue a Protective Order in this matter.

As reasons therefore, plaintiff states that Arbella Mutual Insurance Company, the defendant on the 93A claim has scheduled plaintiff's attorney's deposition for November 9, 2005, one week prior to the trial. (See Attached Exhibit 1) Plaintiff further states that this is an obvious stunt to interfere with the attorney-client privilege and the trial scheduled for the following week.

Moreover, the issue in the 93A claim is whether the defendant Arbella engaged in unfair settlement practices where the duty to settle arose after liability had become reasonably clear. The information with respect to the liability issue was in the hands of the defendant and not plaintiff's counsel. As such plaintiff's counsel can add nothing on this issue. Also, the record is clear that despite knowledge as early as December 2004 of the extent of plaintiff's injuries and medical bills exceeding $150,000.00 the defendant failed to offer anything until after the plaintiff was forced to send a 93A demand letter in July 1005. Finally, there are no factual issues in dispute as to what

occurred between the insurer and plaintiff's counsel. The current Motion represents a bald attempt at harassment and delay and should be denied by this Court.

In the event that the Court allows said deposition the plaintiff would request that the bad faith 93A claim be severed from the liability action and scheduled at a later date and that plaintiff's deposition be scheduled after trial against the defendant Fescoe.

**WHEREFORE,** plaintiff prays that this Honorable Court issue a Protective Order in this matter and prevent defense counsel from taking the deposition of plaintiff's counsel, Brian R. Cunha.

By his Attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esquire
311 Pine Street
Fall River, MA 02720
Telephone: (508) 675-9500
BBO#: 108560

DATED: October 28, 2005

## CERTIFICATION

I, Brian R. Cunha, Esquire, hereby certify that I have served a copy of the foregoing, Plaintiff's Motion For Protective Order upon the following;

Martin S. Cosgrove, Esquire
**COSGROVE, EISENBERG & KELLEY, P.C.**
803 Hancock Street
Quincy, MA 02170


Ronald E. Harding, Esquire
WESTON, PATRICK, WILLARD & REDDING
84 State Street
Boston, MA 02109


by mailing same, first class mail, postage prepaid, this 28th day of October, 2005.


_____
Brian R. Cunha, Esquire