PLAINTIFF'S EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LAUREN IBBOTSON,
      Plaintiff

v.                                                             C.A. NO. 04CV12371MLW

CINDY J. HUSTEAD FELDMAN,
PETER FESCOE, and
ARBELLA MUTUAL INSURANCE,
      Defendants

## RE-NOTICE OF TAKING DEPOSITION

To:    Brian Cunha, Esq.                      Ronald Harding, Esq.
          311 Pine Street                         Weston, Patrick, Willard & Redding
          Fall River, MA 02720             84 State Street
                                                      Boston, MA 02109-2299

       Please take notice that on Wednesday, November 9, 2005 at 10:00 A.M., at the offices of Martin S. Cosgrove, Esq., Cosgrove, Eisenberg & Kiley, P.C., 803 Hancock St., Quincy, MA, the Defendant, Arbella Mutual Insurance Co., in this action by their attorney will take the deposition upon oral examination of **Brian Cunha, Esq.**, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

       The deponent is requested to bring documents listed on Schedule "A" attached hereto.

       You are invited to attend and cross examine.

                                                 Respectfully Submitted,

                                                 MARTIN S. COSGROVE
                                                 Cosgrove, Eisenberg and Kiley, P.C.
                                                 803 Hancock Street, P.O. Box 189
                                                 Quincy, MA 02170, (617)479-7770
                                                 BBO #100920

Dated: 10/24/05

F:\Home\Dcarter\Arbella\Arbella (Fescoe) - 11892\cunhadepnot.doc

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by First Class Mail.

_____
MARTIN S. COSGROVE

Dated: 10/24/05

F:\Home\Dcarter\Arbella\Arbella (Fescoe) - 11892\cunhadepnot.doc

## SCHEDULE "A"
## To Notice of Deposition of Brian Cunha, Esq.

1- Copies of all written correspondence exchanged between you and Arbella Mutual Insurance Company concerning the matter of Lauren Ibbotson's claims against Peter Fescoe.

2- Copies of all records or notes of verbal correspondence exchanged between you and Arbella Mutual Insurance Company concerning the matter of Lauren Ibbotson's claims against Peter Fescoe, including the dates on which the correspondence occurred.

3- A copy of your demand letter sent to Arbella Mutual Insurance Company on or about August 30, 2004, along with copies of all documents sent in conjunction with the demand letter on the same date.

5- All medical records and bills that you have forwarded to Arbella in this case and list the correspondence that accompanied each record and bill that was sent to Arbella.

6- All documents and medical records which contain an opinion by a medical provider that the plaintiff was unable to work because of the motor vehicle accident.

7- All records that you forwarded to Arbella that substantiated loss of earning capacity or loss of wages on behalf of the plaintiff.

8- All 93A form letters, along with correspondence, documents, and records that accompanied the 93A form letter that you forwarded to Arbella in support of this claim.