UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lauren Ibbotson
       Plaintiff

v.                                                    Civil Action No. 04-12371-MBB

Cindy J. Hustead Feldman
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

BOWLER, M..J.

    The Court having been advised by counsel for the plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within sixty (60) days to reopen the action if

settlement is not consummated.

                                                By the Court,

                                                /S/ Karen P. Folan

 11/14/05                                         _____
  Date                                               Karen P. Folan
                                                  Deputy Clerk