CLAIM NUMBER:    000557583
INTERVIEWED:     PETER FESCOE

Okay, this is Lisa Palmer. I'm speaking from 11 Riverside Drive in Lakeville, MA. Today's date is August 6, 2004. The time is approximately 10:48 a.m. and the statement will be regarding an accident which took place on June 6, 2004. I will be recording our conversation.

Q. I will be recording our conversation. Do I have your permission to do this?

A. Yes

Q. Could I have your name please?

A. Peter B. Fescoe

Q. What's your address?

A. 8 Winward Way, Scituate, MA

Q. Was that your address at the time of the accident?

A. Yeah, that's my parent's address. Right now I'm staying with my girlfriend that I live with, her parent's.

Q. Is this a temporary where you're living right now? Is that a temporary thing?

A. Yes

Q. Where is that?

A. Newport Rhode Island

Q. And at the time of the accident, how long had you been there?

A. In Newport?

Q. Yeah

A. Probably two weeks.

Q. Two weeks before the accident happened?

A. Yup

Q. Your father had mentioned to me that you're just down there for summer employment?

1

A. Yup

Q. And then when that is over you head back to Scituate?

A. Yup

Q. Okay. What is your date of birth?

A. February 20, 1985

Q. Obviously you're not married and you have a girlfriend. Well, you never know. What is your home telephone number?

A. 781-545-5022

Q. Your work number? Or do you just use your cell phone?

A. I just use my cell phone.

Q. Was this the number I called? 781-470-9006?

A. Right

Q. What is your occupation?

A. I work at the deli at Stop & Shop Supermarket.

Q. Okay and this is the one in Newport?

A. Yup

Q. Do you work from September to May? Are you in college or High School?

A. I'm going to be going to college.

Q. You're going to be going. So you just graduated from High School?

A. Right

Q. Had you been working at this Stop & Shop prior to then?

A. Prior to the accident?

Q. Yup

A. No

2

Q. Okay, so you just took this up for the summer?

A. Right

Q. What is your Social Security number?

A. 077 74 4023

Q. Is your Driver's License number the same or is that different?

A. That's different.

Q. Do you know what that is off hand?

A. No, I can find it though.

Q. How about we do this? What I have is begins with the letter S.

A. Right it does.

Q. 50406141?

A. Yeah, that's it.

Q. Do you know when that expires? What year?

A. I think it's 2007 or 8. Hold on I have it right here.

Q. Okay

A. It expires 2/20/2008

Q. Are there any restrictions on there? Glasses or anything like that?

A. Oh no, no

Q. Have you been driving since? When did you get your License, 17?

A. I think no, I was 18 when I got it so I got it like a year ago.

Q. Okay so about a year. Do you remember the year, make and model of the vehicle you were operating?

A. It was, I don't know the year but it was a Hyundai Sonata.

Q. What I had reported was a 2001? Does that sound

3

A. That sounds correct. I know it was a 2000 something.

Q. Okay. Are you the owner of that vehicle?

A. No

Q. Who is the owner?

A. Cindy Feldman

Q. Who is she to you?

A. She is one of my friend's mother's.

Q. Not your girlfriend, this is another friend?

A.

Q. A friend's mother. Were you using her vehicle with her permission?

A. Yup

Q. Had you used her vehicle previous to this?

A. Yeah, a couple of times before the accident. I was taking a summer class at a Community College and she had given me permission to take the car to go to class.

Q. Was it just on certain dates that she let you use it or did you have free reign of the vehicle?

A. No, it was just when I was going to school.

Q. And you used it a couple of times before so it was maybe like the 3rd time you used the vehicle?

A. Yeah, I'd say 3rd or 4th time.

Q. Okay. Were you responsible for the gas or anything in the car or what were the

A. I would put gas in just because she let me use it. Her daughter was the one using the car primarily and she was staying at our place in Newport as well and so she usually used the car but whenever I took it I would put gas in it and do whatever.

Q. Oh okay, so it was in the daughter's possession?

A. Right

4

Q. Okay, so it was more like her daughter's car?

A. Right but it was under her name.

Q. So it's under her name but her daughter usually used the car but you were allowed to use it to go to what was it? Whenever you had class it was okay for you to take the vehicle?

A. Yes, that was the understanding.

Q. Okay, alright. Were you alone in the vehicle at the time of the accident?

A. No, my girlfriend was with me.

Q. Okay, what is her name?

A. Lauren Ibbotson

Q. Lauren I B B

A. B B O T S O N

Q. Do you know when her birth date is?

A. Yeah, March 8, 1986.

Q. Are there seat belts in the car?

A. Yup

Q. Were you wearing yours?

A. Yes

Q. Was she wearing hers?

A. No

Q. Is she employed?

A. Not right now.

Q. At the time?

A. Yeah, she was working at a restaurant. It was more part-time. It was only like when they really needed her she would get called in.

5

Q. As a waitress?

A. Yes but it wasn't really, it was like a once a week kind of thing maybe.

Q. Maybe one time per week okay. But she's not working now?

A. No because she can't because she broke like, she fractured like three bones in her back in the accident.

Q. Were you hurt in the accident?

A. No

Q. But she was injured?

A. Yeah

Q. What type of injuries does she have?

A. She fractured like three bones in her back and had surgery twice.

Q. Were there any other vehicles involved in the accident?

A. A car had cut me off but that was it. I did not hit any other cars.

Q. So it was an unknown vehicle?

A. Yeah

Q. Alright. Did you get any description or partial plate?

A. No just that it was a brown Toyota that's all.

Q. Was she able to get any info?

A. No, she was, no, she wasn't.

Q. Was she taken by an ambulance?

A. Yup

Q. Do you know what Hospital they took her to?

A. I think it was Morton Hospital in Taunton. Raynham, Taunton.

Q. How long did they keep her there?

6

A.  Just maybe an hour or so and then she was transported to Rhode Island Hospital in Providence.

Q.  Do you know how long they kept her there?

A.  Oh yeah, the first time she was there probably like a week and a half and then she would have to go back for like another week.

Q.  Is she still in the Hospital?

A.  Nope

Q.  She's home?

A.  Umm hmm

Q.  And she's obviously lost some time from work. Is she a student also?

A.  Yeah, she's going to school. She's going to college next year as well.

Q.  The accident date was reported as being June 6, 2004 which was a Sunday. Does that sound correct?

A.  No

Q.  When was the accident?

A.  I think that's definitely not what it was because I was going to school. I think it was a Monday.

Q.  You think it was not on a Sunday then.

A.  No, no, it was not.

Q.  Would it have been the Monday after do you think? The 7th?

A.  I think so because that 's when I had classes.

Q.  On Mondays?

A.  Yeah, that was one of the days.

Q.  So the correct date should be June 7th. Good God I wonder if I got anything. Maybe that's what the letter came in as. Do you remember around what time it was?

A.  It was around approximately 6:00.

7

Q.   In the morning?

A.   No, at night.

Q.   6:00 p.m. okay. And what location did this take place?

A.   It was on Route 24 North about Exit 15 I think.

Q.   What town?

A.   Raynham, Taunton

Q.   You were going to class. You were coming from your girlfriend's house?

A.   Yeah

Q.   Could you tell me in your own words what happened?

A.   Yes, I was traveling on Route 24 going 65, approximately 65 when it became a two lane highway.

Q.   There are only two lanes?

A.   Right

Q.   Okay, two lanes of travel. Which one were you in?

A.   I was in the left hand lane and I was driving and we were going, there was an exit with an on-ramp for vehicles to come on from an exit.

Q.   Does this put you onto 44? Is that Exit 15?

A.   I don't know because I was headed to Brockton, I wasn't heading towards Taunton.

Q.   Oh okay then maybe it's further up but you were in the left lane?

A.   Right

Q.   To your right there were ramps?

A.   There was a ramp that was coming on.

Q.   Oh okay, there was an on-ramp to your right?

A.   Yes

8

Q. When you say an on-ramp, to get off of 24 or a ramp coming onto 24?

A. Onto 24.

Q. How was the traffic?

A. It was light medium light.

Q. Light to medium?

A. Yeah

Q. What about the road? Was it dry?

A. It was wet. It had been raining that day I think. It wasn't raining at the time.

Q. Okay, but the road was wet?

A. Right

Q. Was it light out, dark out? Did you need your headlights?

A. It was cloudy. It was becoming dark. It was like a dark day it wasn't like a sunny day.

Q. Did you need headlights?

A. Yes

Q. Headlights were on. And pretty much all the other cars had their headlights on?

A. I think most of the cars with the automatic ones had them on. You know how some cars have the automatic?

Q. Yup, yup. So you're driving along in the left lane at 65 mph when you come upon a ramp that comes onto 24 which is on your right?

A. Yup

Q. Okay, then what happened?

A. A brown vehicle shot, there was no like yield sign, there might have been a yield sign or something but he just shot right onto the highway.

Q. Okay

9

A.  He shot into the right hand lane and I was in the left hand lane and then came across in front of me in the left hand lane and slammed on his brakes but I

Q.  Did he slide into your lane?

A.  Yeah, he didn't even put his blinker on.

Q.  So he was making a lane change?

A.  No, he was actually coming over but there was no car in front of me but he slammed, like he hit his brakes like really quickly and that's what caused a problem because I, there was no reason really for him because there was no car in front of him. So he came over into the left lane.

Q.  Do you know why he came into your lane? Were there cars ahead of him in the right lane that were moving slower?

A.  I don't recall that. All I know is there were no cars in front of me really that were close in the left hand lane.

Q.  Okay, so there's no vehicles ahead. And then what happened? He hit his brakes and what did you do?

A.  I slammed on the brakes and I could tell if I kept going straight I was going to rear end this vehicle so I cut the wheel and it's a two lane small area highway and I cut the wheel, shot across the highway real quick.

Q.  When you said you cut, which way did you cut?

A.  I turned the wheel to the right.

Q.  Okay, so you cut right to avoid rear ending him alright and what happened?

A.  I shot across the right hand lane and then, I tried, I was going to bring it, cut it back to the left but I thought we would flip so, it was real, I was going 65 so it's a small area and I went straight over a little curb and went straight into a guardrail and spun off the guardrail and ended up back in the right hand lane of the highway.

Q.  You went over a curb, into the guardrail, bounced off the guardrail

A.  And ended back in the right hand lane.

Q.  And the vehicle stopped right there?

A.  Yup

10

Q. What part of the vehicle made contact with the guardrail?

A. The front. It was a straight hit.

Q. Were there any skid marks in the road that you noticed?

A. Oh yeah, there were skid marks for like 40 feet.

Q. Where did they go? Did they go from the left lane across or?

A. Yup, from the left lane. And then, it wasn't like a straight it kind of like bended because you could tell that I tried to turn it, turn the wheel.

Q. Oh okay, yup. Were there any witnesses that stopped to help out?

A. Yeah, they helped out but I didn't get any names. One lady said she had worked at an Insurance Company and she was pointing out everything that I should point out. Like the skid marks and about like the vehicle had just taken off.

Q. Did she see the accident happen?

A. She said she didn't see the guy cut me off but she saw me try to avoid the car in front of me.

Q. Okay, was there anyone there that did see the car? Hang on, we're

- *TAPE ENDS* -

We're now on side two of the tape. I'm still recording. Am I still on the phone with Peter Fescoe?

A. Yup

Q. Okay, you were telling me about a woman that had stopped to help that worked for an Insurance Company and she was pointing. She saw the skid marks?

A. Yeah, she was like, make sure you point out the skid marks because it tells that I was avoiding an accident with another vehicle.

Q. Okay

A. And the only other witness really would be my girlfriend.

Q. Okay, alright. So you did have conversation with people after the accident?

11

A.  Right, but everybody took off really quickly. And I mean I didn't stay there that long. There were actually people that were witnesses that stayed there but my girlfriend had to go right in the ambulance as soon as it got there.

Q.  What happened to her? Was she still in the car?

A.  Yeah, she was in the passenger seat and I had put my hand over her.

Q.  Right, I know what you mean.

A.  And then she was for some reason, decided to stand up, she got really nervous and I basically ripped her over the back seat because I thought like when we hit over the curb like that she kind of like bounced in the air

Q.  So she landed in the back seat?

A.  Yeah, over the, she went over the passenger seat into the back seat.

Q.  Was she able to get out of the vehicle?

A.  Not by herself, no.

Q.  No, okay. Did the Police come?

A.  Yeah, the ambulance came first and then the State Police came.

Q.  Do you know who the investigating Officer was?

A.  No, that's what I'm saying. There were witnesses still there and he told me to go in the ambulance with her.

Q.  Oh okay so he may have spoken with the witnesses and gotten names?

A.  Right

Q.  Okay. Were there any arrests, citations, violations?

A.  Nope

Q.  No drinking alcohol, drugs, nothing before this?

A.  Nope

Q.  How much damage was done to the vehicle?

A.   Totaled. I think like her Insurance Company gave her like 6 or $7,000.00. I'm not sure about that but

Q.   Okay, but it was a total loss?

A.   Yeah

Q.   Do you know if they found you responsible for the accident?

A.   How would I know that? Would I be getting sued?

Q.   Did you get a surcharge?

A.   No

Q.   Who do you feel was at fault and why?

A.   I think it was the guy in front of me because he came so close in front of me and hit his brakes. If he had kept going or if he had kept going in his lane then come across I'm sure the accident would have been totally avoided.

Q.   So he cut you off, no directional, nothing?

A.   Right and like on the highway that's like the worst thing to do because you're going so fast. Like it's different when you're going 20 on a side street and somebody just comes right across in front of you but

Q.   Do you remember him looking in the rearview mirror? Did you make any eye contact?

A.   No, I know it was a single passenger. It looked like a single male that was it only the driver a single male.

Q.   Is this your first accident?

A.   Yup

Q.   Oh, good lord, okay. Is there anything else that I haven't asked you about the accident that you would like to add?

A.   Not really

Q.   And you don't have an Insurance Policy of your own?

A.   No, I'm under my father's.

Q.  Under your father's, okay. Are all the answers you've given me, true to the best of your knowledge?

A.  Yes

Q.  And did you understand that we were recording this conversation?

A.  Yes

Q.  Okay

**END OF STATEMENT**