UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAUREN IBBOTSON<br>Plaintiff | )<br>)<br>) | |
| VS | )<br>) | C.A.NO. 04CV 12371MLW |
| CINDY HUSTEAD FELDMAN and<br>PETER FESCOE<br>Defendants | )<br>)<br>)<br>) | |

**MOTION OF THE DEFENDANTS TO PRECLUDE REFERENCE
TO SUBSTANCE AND CRIMINAL ISSUES**

Defendant moves this Court for an Order, *in limine*, precluding Plaintiff from eliciting testimony from Defendant Peter Fescoe that at sometime prior to this accident he had a (minor) substance abuse problem and that he had attended meetings of alcohol anonymous (AA). Defendant assigns as reasons therefore that there is absolutely no evidence from which even an inference can be drawn that Peter Fescoe had consumed any alcohol or other illegal substance on the day of the accident. The sole purpose of eliciting such testimony would be to unfairly prejudice the Defendant before the Jury.

Similarly, Defendant moves that the Plaintiff be precluded from eliciting from the Defendant testimony concerning any criminal matters with which he may have been involved. To the best of the knowledge of Defendant's counsel, Plaintiff is not in the possession of any certified or other official records relating to any criminal convictions of the Defendant that may satisfy the requirements of Federal Rule 609.

Defendant did testify, during the course of his deposition as to some minor criminal involvement. However, Defendant was not clear on the dates or ultimate disposition of the matters discussed. Further, most of the matters involved Juvenile proceedings, which are not admissible under any circumstances under Rule 609.

Plaintiff cannot establish that any of the matters discussed fall within the parameters set forth in Rule 609. Further, given the nature of the matters discussed, the possible prejudice to the Defendant far outweighs any probative value of the introduction of those matters.

Therefore, Defendant moves that the Court Order that Plaintiff may not inquire into such matters.

Defendants,
By their Attorney,

_____
Ronald E. Harding
BBO No. 221340
Weston Patrick Willard & Redding
84 State Street
Boston, MA 02109
617-742-9310