UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN IBBOTSON,            ) | |
|     Plaintiff            ) | |
|                                ) | |
| VS            ) | C.A. NO. 04CV 12371MLW |
|                                ) | |
| CINDY HUSTEAD FELDMAN and    ) | |
| PETER FESCOE,            ) | |
|     Defendants            ) | |

FILED
In Open Court
USDC Mass
Date  11-14-05
By  K.F.
Deputy Clerk

**MOTION OF THE DEFENDANTS TO LIMIT EXPERT TESTIMONY
AMA GUIDES TO PERMANENT IMPAIRMENT**

Defendants move this Court, *in limine*, to preclude Plaintiffs expert, Barry Saperia M.D. from testifying concerning his evaluation of the Plaintiff according to the American Medical Association Guides to the Evaluation of Permanent Impairment, Fourth Edition, as contained in his report of April 25, 2005. Defendants assign as reasons therefore that on the date of Dr. Superia's examination of the Plaintiff the Fourth Edition of the American Medical Association Guidelines he used had been replaced and superceded by the Fifth Edition. The opinion of Dr. Saperia, based solely upon Guidelines which were not in effect at the time of his examination, should be excluded. Rule 702 requires that the testimony of any expert be based upon sufficient facts or data and be the product of reliable principles and methods. Such is not true with respect to the proposed testimony of Dr. Saperia as the foundation of his testimony is outdated and unreliable.

Defendants,
By their Attorney,

_____
Ronald E. Harding
BBO No. 221340
Weston Patrick Willard & Redding
84 State Street
Boston, MA 02109
617-742-9310