Home

Up

# Fifth Edition: the New Standard

published in the November-December 2000 issue of the *Guides Newsletter*

By Christopher R. Brigham, MD, MMS James B. Talmage, MD and Leon H. Ensalada, MD, MPH

Online Referral



The Fifth Edition of the AMA *Guides to the Evaluation of Permanent Impairment* is now available. There are numerous changes that will profoundly impact both the evaluators and systems that use the *Guides*. The Fifth is nearly twice the size (613 pages versus 339 pages) of its predecessor and contains three additional chapters (the musculoskeletal system is now split into three chapters and the cardiovascular system into two). The Fifth Edition is also reorganized as reflected in Table 1. Each of the chapters is now in a consistent format as illustrated in Table 2. This and subsequent issues of the *Guides Newsletter* will examine these changes. In this article we summarize the major revisions, particularly those in the first two chapters. A summary of the revisions to the musculoskeletal and pain chapters in provided in Table 3.

Development of the Fifth Edition was challenging, involving numerous organizations and individuals, and performed under [...] of Linda Cocchiarella, MD and Gunnar B. J. Andersson, MD, PhD. In mid 1997 Steering and Senior Advisory Committees established. Some members of these Committees expressed their concerns about the *Guides* and offered recommendations in 26, 2000 issue of the Journal of the American Medical Association.[a] Criticisms of the *Guides* included that it fails to prov comprehensive, valid, reliable, unbiased and evidence-based system; impairment ratings do not reflect loss of function; [...] represent legal fiction, not medical reality; and how the Guides' ratings are used. The authors of the critique recognized the [...] essential role, and there is a need for a valid and reliable system for rating impairment. They recommended the *Guides* prov[...] rate permanent impairments, including functional limitations, that impairment ratings be based on scientific evidence reflecti[...] on the ability to perform selected tasks and activities, and that ratings be reliable and based on a valid whole person impairm[...] accurately reflects functional loss. The authors also recommended the *Guides* be comprehensive, internally consistent, comp[...] accessible and acceptable. The Editors of the Fifth Edition responded, recognizing the challenges that exist in evaluating imp[...] Although many of the shortcomings of earlier editions have been addressed in the Fifth Edition, some problems remain[...]

## Chapter 1: Philosophy, Purpose, and Appropriate Use of the *Guides*

Chapter 1 presents the "Philosophy, Purpose, and Appropriate Use of the *Guides*" (5th ed., 1-16) and is ten pages longer tha[...] Edition. The purpose of the Fifth Edition is to "update the diagnostic criteria and evaluation process used in impairment ass[...] incorporating available scientific evidence and prevailing medical opinion." (5th ed., 1).

Readers are advised, "It is strongly recommended that physicians use this latest edition, the fifth edition, when rating impair[...] 2). This is similar to the statement in the Fourth that "The AMA strongly discourages the use of any but the most recent edit[...] *Guides*." (4th ed., 5). It is probable some physicians and users of the *Guides* will be unaware of the availability of the Fifth Ed[...] time. Workers' compensation jurisdictions that mandate the use of the "most current edition" will need to become immedia[...] with the changes in the Fifth Edition. Several jurisdictions stipulate use of a specific edition of the *Guides*, and they will lik[...] Fifth Edition to determine its impact prior to adopting it as the basis for rating impairment. The use of the *Guides* by state is [...] Figure 1.

The definition of impairment remains "the loss of, loss of use of, or derangement of any body part, system or function" (5th [...] impairment is considered permanent when it has reached maximum medical improvement (MMI), meaning it is well stabiliz[...] to change substantially in the next year with or without medical treatment. In the Fourth Edition, an impairment w is also co[...] permanent if it was unlikely to change by more than 3% in the next year. This criterion is omitted from the Fifth. Also in th[...] definitions and interpretations of impairment and disability are compared and contrasted, including those promulgated by the [...] Organization (1999), the Social Security Administration (1995), and typical state workers' compensation law. This informa[...] in a user-friendly table (5th ed., 3).

The *Guides* emphasizes objective assessment, necessitating a medical evaluation. Impairment may lead to functional limitat[...] inability to perform activities of daily living, and reflects a change from normal or "pre-existing" status. They advise "where[...] values are not available, the physician should use clinical judgment regarding normal structure and function and estimate wh[...] the individual based on the physician's estimate of the individual's preinjury or preillness condition." (5th ed., 2). The Fifth E[...] an individual has previous measurements of function that were below or above average population values, the physician may[...] prior value and any subsequent loss for the individual, as well as compare it to the population normal" (5th ed., 4). "In situat[...] impairment ratings are not provided, the *Guides* suggest that physicians use clinical judgment, comparing measurable impair[...] from similar conditions with similar impairment of function in performing activities of daily living" (5th ed., 11).

Impairment criteria "provide a standardized method for physicians to use to determine medical impairment" and [...] were deve[...]