UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN IBBOTSON<br><br>Plaintiffs<br><br>VS<br><br>CINDY J. HUSTEAD FELDMAN,<br>PETER FESCOE, AND<br>ARBELLA MUTUAL INSURANCE<br>Defendants | )<br>)<br>)<br>)<br>)<br>) C.A. No: 04CV12371MLW<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
In Open Court
USDC Mass
Date 11-14-05
By K.F.
Deputy Clerk

## **MOTION IN LIMINE**

Now comes the Plaintiff and request that this Honorable Court allow into evidence testimony with regard to prior bad acts on the part of the Defendant which deal with the Defendants credibility.

As reasons therefore, Plaintiff states that the Defendant gave a recorded statement in August 2004, at which time he advised the investigator for the insurer that this was his first accident. That information was false. The Defendant also advised the insurer that he was on his way to school at the time of the accident. That information was false. The Defendant when asked to describe how the accident occurred failed to advise the insurer that at the time of the accident he was using a cell phone or looking at it. Prior to that telephone conversation he had advised the Plaintiff not to mention that he was using his cell phone at the time of the accident.

For all the above reasons Plaintiff asks that he be allowed to inquire into the statement given on August 2004.

Secondly, the Plaintiff was convicted last summer for the possession of a false license in Newport, Rhode Island, for which he is currently on probation. Plaintiff requests that he be allowed to ask questions about the conviction and use of the false license.

In 2003, the Defendant was convicted of larceny over $500.00. Defendant was arrested in 2002 or 2003 for leaving the scene of an accident and causing property damage. Defendant received continuance without a finding. Plaintiff requests that he be allowed to question the Defendant on these issues as well.

By her attorneys,
BRIAN CUNHA & ASSOCIATES

_____
Brian R. Cunha, Esq. B.B.O. 108560
311 Pine Street
Fall River, MA 02720
(508) 675-9500