UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LAUREN IBBOTSON,                                                          C.A. No: 04CV12371MLW
                Plaintiff

vs.

CINDY J. HUSTEAD FELDMAN,
PETER FESCOE, and
ARBELLA MUTUAL INSURANCE
                Defendants

### STIPULATION OF DISMISSAL

The parties to the above entitled actions, pursuant to the provisions of Fed. R.Civ.P. 41 (a)(1)(ii), hereby stipulate that said action be dismissed with prejudice and without costs.

| | |
|---|---|
| LAUREN IBBOTSON,<br>By her Attorney, | CINDY J. HUSTEAD FELDMAN and<br>PETER FESCOE,<br>By their Attorney |
| /s/ Brian Cunha_____<br>BRIAN CUNHA<br>311 Pine Street<br>Fall River, MA  02720<br>(508) 675-9500<br>BBO No.  108560 | /s/ Ronald Harding_____<br>RONALD HARDING<br>Weston, Patrick, Willard & Redding<br>84 State Street<br>Boston, MA  02109<br>(617) 742-9310<br>BBO No.: |

ARBELLA MUTUAL INSURANCE CO.,
By their Attorney,

/s/  Martin S. Cosgrove_____
MARTIN S. COSGROVE
Cosgrove, Eisenberg & Kiley, P.C.
803 Hancock St., P.O. Box 189
Quincy, MA  02170
BBO No.:  100920

DATED:   12/7/05